IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01646-CMA-CBS

COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit corporation, and
DAISY MIDTHUN,

    Plaintiffs,

v.

HCA - HEALTHONE LLC, d/b/a SWEDISH MEDICAL CENTER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS CASE IS before the court pursuant to the parties' Joint Motion to Extend Scheduling Order Deadlines (*doc # 29*), filed April 1, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and the deadlines set forth in the Scheduling Order entered October 18, 2010 (*doc # 16*), as amended by the Minute Order entered March 2, 2011 (*doc # 28*), are further amended as follows:

| | |
|---|---|
| 26(a)(2) Affirmative Expert Disclosures | May 2, 2011 |
| 26(a)(2) Rebuttal Expert Disclosures | May 16, 2011 |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    April 4, 2011