IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01646-CMA-CBS

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation, and
DAISY MIDTHUN,

    Plaintiffs,

v.

HCA-HEALTHONE LLC d/b/a SWEDISH MEDICAL CENTER,

    Defendant.

## ORDER GRANTING MOTION FOR STAY

The Joint Motion for Stay (Doc. # 33), filed by the parties on May 4, 2011, is GRANTED. For the reasons set forth in the Motion for Stay, it is hereby

ORDERED that all proceedings in this matter are STAYED **to and including May 27, 2011**. It is

FURTHER ORDERED that the parties shall file either a Notice of Settlement or a Joint Status Report setting forth the reasons why no settlement has occurred **no later than close of business May 30, 2011**.

DATED: May  09 , 2011

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge