### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-01646-CMA-CBS

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation, and DAISY MIDTHUN,

    Plaintiffs,

v.

HCA-HEALTHONE LLC d/b/a SWEDISH MEDICAL CENTER,

    Defendant.

---

### ORDER GRANTING APPROVAL OF CONSENT DECREE

---

It is hereby ordered that the parties' Joint Request for Approval of Consent Decree (Doc. # 36) is GRANTED. All discovery in this case is hereby suspended. The Consent Decree has been signed and this Court will retain jurisdiction of this matter for a period of time consistent with section XII of the Consent Decree.

DATED this __6th__ day of June, 2011.

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge